**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KARL B. MANUEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-277-UNA |
| | ) | |
| DELAWARE DEPARTMENT OF CORRECTIONS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Deputy Attorney General Sehr M. Rana on behalf of Defendants Delaware Department of Corrections, Matthew Mucha, Marcus Davis, John Kirlin, Kenneth Hammond, Robert Heishman, Richard Parsons, John Faulkner, Orlando Dejesus, Brendin Mote, and Jeffrey Sutton.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Sehr M. Rana*

Sehr M. Rana (#5100)
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
*Attorney for Defendant*

Dated: July 29, 2024

**CERTIFICATE OF SERVICE AND MAILING**

I hereby certify that on July 29, 2024, I caused a true and correct copy of the attached ***Entry of Appearance*** to be filed with the Clerk of Court using CM/ECF and sent via first class mail to the following:

Karl B. Manuel
SBI 00332040
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Sehr M. Rana*
Sehr M. Rana (#5100)
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Sehr.Rana@delaware.gov
*Attorney for Defendants*