**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KARL B. MANUEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-277-GBW |
| | ) | |
| DELAWRE DEPARTMENT | ) | |
| OF CORRECTIONS, ET AL., | ) | |
| | ) | |
| Defendants. | | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.7, Defendant hereby notifies the Court that Deputy Attorney General Aaron C. Baker is hereby withdrawn from representing Defendants Delaware Department of Corrections, Matthew Mucha, Marcus Davis, John Kirlin, Kenneth Hammond, Robert Heishman, Richard Parsons, John Faulkner, Orlando Dejesus, Brendin Mote, and Jeffrey Sutton. Defendants will continue to be represented by Deputy Attorney General Sehr M. Rana.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Sehr M. Rana*
Sehr M. Rana (#5100)
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
*Attorney for Defendants*

Dated: July 30, 2024

**CERTIFICATE OF SERVICE AND MAILING**

I hereby certify that on July 30, 2024, I caused a true and correct copy of the attached ***Notice of Withdrawal of Counsel*** to be filed with the Clerk of Court using CM/ECF and sent via first class mail to the following:

Karl B. Manuel
SBI 00332040
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Sehr M. Rana*
Sehr M. Rana (#5100)
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Sehr.Rana@delaware.gov
*Attorney for Defendants*